<pre>
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   RICHARD FOSTER,              )  Case No. CV 06-3578 AHM(JC)
                                  )
12              Plaintiff,        )
                                  )  CASE MANAGEMENT ORDER
13         v.                     )       [Social Security]
                                  )
14   JO ANNE B. BARNHART,         )
     Commissioner of Social Security, )
15                                )
                Defendant.        )
16
</pre>

17    To facilitate the just, speedy, and inexpensive determination of this case, the
18 parties shall comply with the following instructions.

    **1.**     **Electronic Filing**

20    In accordance with General Order 05-01, this case is designated for
21 electronic filing. Except as otherwise noted herein, counsel shall electronically
22 file all documents by 4:00 p.m. on or before the due date.

    **2.**     **Service of the Summons and Complaint**

24    Plaintiff shall promptly serve the summons and complaint on defendant in
25 accordance with Rule 4(i) of the Federal Rules of Civil Procedure, by (1) serving
26 the United States Attorney or her authorized agent personally at the United States
27 Courthouse <u>or</u> by registered or certified mail addressed to the United States
28 Attorney's Civil Process Clerk at the Office of the United States Attorney, Central

District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; <u>and</u> (2) serving by registered or certified mail <u>both</u> the Commissioner of the Social Security Administration <u>and</u> the Attorney General of the United States. Plaintiff shall electronically file a proof of service showing compliance with this paragraph within thirty (30) days of the date of this Order.[1] Noncompliance with this paragraph may result in the issuance of an order to show cause re dismissal of this case for failure to prosecute.

### 3.  **Defendant's Pleading to the Complaint**

Defendant's time to plead electronically to the complaint is **60 days** after service of the complaint. Defendant shall, at the same time that defendant pleads electronically to the complaint, manually file and serve a complete copy of the certified administrative record of the administrative proceedings and electronically file a Notice of Manual Filing (Form G-92).

### 4.  **Waiver of Pre-trial Proceedings**

Because this case involves judicial review of administrative action taken by the defendant and is of a nature that is generally resolved by motion for summary judgment or remand, pre-trial proceedings are ordered waived. If either party believes that the case cannot be resolved by motion, such party shall so advise the Court and the opposing party by a written filing.

///
///
///

---

[1] If this order is received by plaintiff prior to service of the summons and complaint, plaintiff shall serve a copy of it concurrently with the summons and complaint. If this order is not received by plaintiff prior to service of the summons and complaint, plaintiff shall serve a copy of it by first-class mail on the Office of the United States Attorney within fourteen (14) days of receipt, and promptly file a proof of service with the Court.

5. **Cross-Motions for Summary Judgment or Remand**

Plaintiff shall file a motion for summary judgment or remand within thirty (30) days of service of defendant's answer. Defendant shall file a motion for summary judgment or remand within thirty (30) days of service of plaintiff's motion. Because Local Rule 56 is inapplicable to this case, the parties need not comply with the requirements of that rule. The Court will take the motions under submission without oral argument unless the Court otherwise orders.

**IT IS SO ORDERED.**

DATED: June 19, 2006

                                              /S/
                                     JACQUELINE CHOOLJIAN
                                     UNITED STATES MAGISTRATE JUDGE